[No. 7514–8–II.  Division Two.  March 28, 1986.]

BERTRAM McGREGOR, *Respondent,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–2–00172–8, Thomas R. Sauriol, J., entered
December 23, 1983. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Reed and Alexander, JJ.

[No. 15699–3–I.  Division One.  March 31, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN
LEE HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–01880–8, Frank J. Eberharter, J., entered
November 6, 1984. *Dismissed* by unpublished per curiam
opinion.

[No. 14106–6–I.  Division One.  March 31, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CECIL
CALVIN BOWLES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–01018–3, George T. Mattson, J., entered
November 17, 1983. *Reversed* and *remanded* by unpub-
lished opinion per Grosse, J., concurred in by Swanson, J.,
and Holman, J. Pro Tem.

[No. 17681–1–I.  Division One.  March 31, 1986.]

THE CITY OF SEATTLE, *Respondent,* v. GARY
GODINES, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–02309–5, Gerard M. Shellan, J., entered
December 13, 1985. *Reversed* and *remanded* by unpub-
lished per curiam opinion.